

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-42,327-27

### IN RE CARLTON STROUD, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1997-CR-3770-W9 IN THE 290TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. In it, he contends that he filed an application for a writ of habeas corpus in the 290th District Court of Bear County, that the trial court issued an Order Designating Issues ("ODI"), and that the district clerk has not sent him a copy of that order.

Respondent, the District Clerk of Bexar County, shall respond as to whether the trial court has issued an ODI; if so, whether Relator has been sent a copy of that order; and if it has not sent Relator a copy of that order, why it has not done so. *See* TEX. R. APP. P. 73.4(b)(2). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed:   March 30, 2022
Do not publish